UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO.: 16-01774

JASVENDAR NANDRA
HARMINDER NANDRA
    Debtors
_____/

**DEBTOR'S MOTION TO REINSTATE CASE**

The Debtor(s), Harmindar and Jasvendar Nandra, move this court to reinstate this case and in support thereof states:

1. On March 17, 2016, Debtor filed a voluntary petition seeking relief under Chapter 13.

2. On April 1, 2016, this Court entered an Order dismissing the case for failure to file the chapter 13 plan.

3. The Debtor is contemporaneously filing the chapter 13 plan with this motion.

WHEREFORE, the Debtor respectfully moves this Court to reinstate this case as stated herein, and for such other relief as the Court deems appropriate.

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by electronic transmission or by U.S. Mail on the 1st day of April, 2016 to: Chapter 13 Trustee; Debtor; and to all parties on the attached mailing matrix.

                                                /s/ Arvind Mahendru
                                                Arvind Mahendru, Esquire
                                                Florida Bar No: 0061482
                                                5703 Red Bug Lake Rd #284
                                                Winter Springs FL 32708
                                                (407) 504-2462